BLOOMINGDALE BROS., INC., Appellant, *v.* FRANK BUTLER, Respondent.

Supreme Court, Appellate Term, First Department, March 15, 1934.

*Plante & Abrahams* [*Hyman Greenberg* of counsel], for the appellant.

*J. R. Silvermintz*, for the respondent.

PER CURIAM. A pilot is a seaman within the provisions of section 601 of title 46 of the United States Code. (*Somers* v. *Jersey Blue*, 22 Fed. Cas. 13,169; *Duggar* v. *Mobile & Gulf Nav. Co.*, 224 Ala. 359; 140 So. 611.) His wages, therefore, are exempt from garnishment. There is nothing in the record showing that the statute pertaining to coastwise trade (U. S. Code, tit. 46, § 544; *Duggar* v. *Mobile & Gulf Nav. Co., supra*) is applicable.

Order affirmed, with ten dollars costs.

All concur; present, HAMMER, CALLAHAN and FRANKENTHALER, JJ.